EUGENE J. SCHNEIDER v. STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY.

May 3, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. ALEX SMOLLOK.

May 3, 1977. Petition for certification denied. (See 148 *N. J. Super.* 382)

JEROME HARRIS v. PETER SPIEGLER.

May 3, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. BEEMAN HAMILTON.

May 3, 1977. Petition for certification denied.

IN THE MATTER OF MICHAEL FIDEK.

May 3, 1977. Petition for certification granted. (See 146 *N. J. Super.* 338)

STATE OF NEW JERSEY v. SAMMY WILSON.

May 3, 1977. Petition for certification denied.